JS 44C/SDNY
REV. 12/2025

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for use of the Clerk of Court for the purpose of initiating the civil docket sheet.

| PLAINTIFFS | DEFENDANTS |
|---|---|
| See Attached Rider A | City of New York |

| ATTORNEYS (Firm Name, Address, And Telephone Number) | ATTORNEYS (If Known) |
|---|---|
| See Attached Rider B | |

**CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE)
(DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

42 U.S.C. § 1983 for Violations of (1) the Fourth Amendment, (2) the Fourteenth Amendment's Procedural Due Process Rights, (3) the Fourteenth Amendment's Substantive Due Process Rights, and (4) the Fourteenth Amendment's Equal Protection Clause

Has this action, case, or proceeding, or one essentially the same, been previously filed in SDNY at any time? No ☒ Yes ☐ _____
(If yes, Judge Previously Assigned)

If yes, was this case Vol. ☐ Invol. ☐    Dismissed. No ☐ Yes ☐    If yes, give date _____ & Case No. _____

Is this an international arbitration case?    Yes ☐ No ☒

## NATURE OF SUIT (PLACE AN [x] IN ONE BOX ONLY)

Click here for: Nature of Suit Code Descriptions.

### TORTS

| Contract | | Torts | | Forfeiture/Penalty | Bankruptcy | Other Statutes |
|---|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | | ☐ 625 Drug Related Seizure Of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury Product Liability | | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical | | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | | **Labor** | **Intellectual Property Rights** | ☐ 410 Antitrust |
| ☐ 150 Recovery Of Overpayment & Enforcement Of Judgment | ☐ 330 Federal Employers' Liability | **PERSONAL PROPERTY** | | ☐ 710 Fair Labor Standards Act | ☐ 820 Copyrights | ☐ 430 Banks & Banking |
| | ☐ 340 Marine | ☐ 370 Other Fraud | | ☐ 720 Labor/Management Relations | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 371 Truth In Lending | | ☐ 740 Railway Labor Act | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| ☐ 152 Recovery Of Defaulted Student Loans (Excl Veterans) | ☐ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | | ☐ 751 Family and Medical Leave Act (FMLA) | ☐ 840 Trademark | ☐ 470 Racketeer Influenced & Corrupt Organization Act (Rico) |
| | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage Product Liability | | ☐ 790 Other Labor Litigation | ☐ 880 Defend Trade Secrets Act of 2016 | ☐ 480 Consumer Credit (15 USC 1681 or 1692) |
| ☐ 153 Recovery Of Overpayment Of Veteran's Benefits | ☐ 360 Other Personal Injury | | | ☐ 791 Employee Retirement Income Security Act (ERISA) | | |
| ☐ 160 Stockholders Suits | ☐ 362 Personal Injury - Medical Malpractice | | | | | ☐ 485 Telephone Consumer Protection Act |
| ☐ 190 Other Contract | | | | | | ☐ 490 Cable/Satellite TV |
| ☐ 195 Contract Product Liability | | | | | | ☐ 850 Securities/ Commodities/ Exchange |
| ☐ 196 Franchise | | | | | | |

| Real Property | Civil Rights | Prisoner Petitions | Immigration | Social Security | Other Statutes |
|---|---|---|---|---|---|
| ☐ 210 Land Condemnation | ☒ 440 Other Civil Rights (Non-Prisoner) | **Habeas Corpus** | ☐ 462 Naturalization Application | ☐ 861 HIA (1395ff) | ☐ 890 Other Statutory Actions |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | ☐ 465 Other Immigration Actions | ☐ 862 Black Lung (923) | ☐ 891 Agricultural Acts |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions To Vacate Sentence | | ☐ 863 DIWC/DIWW (405(G)) | ☐ 893 Environmental Matters |
| ☐ 240 Torts To Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 864 SSID Title XVI | ☐ 895 Freedom Of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Americans With Disabilities - Employment | ☐ 535 Death Penalty | | ☐ 865 RSI (405(g)) | ☐ 896 Arbitration |
| ☐ 290 All Other Real Property | | **Other** | | | ☐ 899 Administrative Procedure Act/ Review or Appeal of Agency Decision |
| | ☐ 446 Americans With Disabilities - Other | ☐ 540 Mandamus & Other | | **Federal Tax Suits** | |
| | ☐ 448 Education | ☐ 550 Civil Rights | | ☐ 870 Taxes (U.S. Plaintiff Or Defendant) | ☐ 950 Constitutionality Of State Statutes |
| | | ☐ 555 Prison Condition | | ☐ 871 IRS-Third Party 26 USC 7609 | |
| | | ☐ 560 Civil Detainee - Conditions Of Confinement | | | |

Check if demanded in complaint:

☑ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $_____ OTHER _____

*Check YES only if demanded in complaint*

JURY DEMAND: ☒ YES ☐ NO

Do you claim this case is related to a civil case now pending in S.D.N.Y. as defined by Local Rule For Division of Business 13?
If so, state:

JUDGE _____ DOCKET NUMBER_____

NOTE: You must also submit at the time of filing the Statement of Relatedness form (Form IH-32) with an explanation as to why the cases are deemed related.

*(PLACE AN  X  IN ONE BOX ONLY)*                 **ORIGIN**

☒ 1 Original
Proceeding

☐ 2 Removed from
State Court

☐ a. **all parties
represented**

☐ b. **At least one party
is pro se.**

☐ 3 Remanded
from
Appellate
Court

☐ 4 Reinstated or
Reopened

☐ 5 Transferred
from (Specify
District)

☐ 6 Multidistrict
Litigation
(Transferred)

☐ 7 Appeal to
District Judge
from Magistrate
Judge

☐ 8 Multidistrict Litigation (Direct File)

*(PLACE AN  x  IN ONE BOX ONLY)*        **BASIS OF JURISDICTION**                 *IF DIVERSITY, INDICATE
CITIZENSHIP BELOW.*

☐ 1 U.S. Government
Plaintiff

☐ 2 U.S. Government
Defendant

☒ 3 Federal Question
(U.S. Government NOT A PARTY)

☐ 4 Diversity

### CITIZENSHIP OF PRINCIPAL PARTIES (FOR DIVERSITY CASES ONLY)

(Place an [X] in one box for Plaintiff and one box for Defendant)

| | PTF | DEF | | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|---|---|---|
| CITIZEN OF THIS STATE | ☐ 1 | ☐ 1 | CITIZEN OR SUBJECT OF A FOREIGN COUNTRY | ☐ 3 | ☐ 3 | INCORPORATED <u>and</u> PRINCIPAL PLACE OF BUSINESS IN ANOTHER STATE | ☐ 5 | ☐ 5 |
| CITIZEN OF ANOTHER STATE | ☐ 2 | ☐ 2 | INCORPORATED <u>or</u> PRINCIPAL PLACE OF BUSINESS IN THIS STATE | ☐ 4 | ☐ 4 | FOREIGN NATION | ☐ 6 | ☐ 6 |

PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES)

DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES)

C/o New York City Law Department
100 Church Street
New York, NY 10007

DEFENDANT(S) ADDRESS UNKNOWN
Representation is hereby made that, at this time, I have been unable, with reasonable diligence, to ascertain the residence addresses of the following
Defendants:

### COURTHOUSE ASSIGNMENT

I have reviewed Rules 18(a) and 20(a) of the Rules for the Division of Business Among District Judges, Southern District of New York,
and I hereby certify that this case should be assigned to the courthouse indicated below pursuant thereto.

Check one:    THIS ACTION SHOULD BE ASSIGNED TO:        ☐ WHITE PLAINS        ☒ MANHATTAN
(DO NOT check either box if this a PRISONER PETITION.)

| DATE | SIGNATURE OF ATTORNEY OF RECORD | ADMITTED TO PRACTICE IN THIS DISTRICT |
|---|---|---|
| | | ☐ NO |
| | /s/ David Shalleck-Klein | ☒ YES (DATE ADMITTED  Mo. 11   Yr. 2023 ) |
| RECEIPT # | | Attorney Bar Code # 5498027 |

Magistrate Judge is to be designated by the Clerk of the Court.

Magistrate Judge _____ is so Designated.

Tammi M. Hellwig, Clerk of Court by _____ Deputy Clerk, DATED _____.

UNITED STATES DISTRICT COURT (NEW YORK SOUTHERN)

**<u>Rider A to Civil Cover Sheet:   Plaintiffs</u>**

DENISE ARCHER, Individually and on behalf of all others similarly situated; J.W., a minor, by and through their next friend, JAHLIA HERNANDEZ, individually and on behalf of all others similarly situated; J.A., a minor, by and through their next friend, JAHLIA HERNANDEZ, individually and on behalf of all others similarly situated; D.A., a minor, by and through their next friend, JAHLIA HERNANDEZ, individually and on behalf of all others similarly situated; DANIELLE LORIMER, Individually and on behalf of all others similarly situated; Z.L., a minor, by and through their next friend, JEANNETTE BOCANEGRA, individually and on behalf of all others similarly situated; Y.L., a minor, by and through their next friend, JEANNETTE BOCANEGRA, individually and on behalf of all others similarly situated; X.L., a minor, by and through their next friend, JEANNETTE BOCANEGRA, individually and on behalf of all others similarly situated; W.L., a minor, by and through their next friend, JEANNETTE BOCANEGRA, individually and on behalf of all others similarly situated; K.L., a minor, by and through their next friend, JEANNETTE BOCANEGRA, individually and on behalf of all others similarly situated

**Rider B to Civil Cover Sheet:  Plaintiffs' Attorneys**

Lisa Freeman
Anna Blondell
Melissa Friedman
The Legal Aid Society
49 Thomas Street, 10th Floor
New York, NY 10013
Tel: (212) 577-7982
Fax: (646) 616-4982
lafreeman@legal-aid.org
ablondell@legal-aid.org
mfriedman@legal-aid.org

Roger A. Cooper
Andrew Khanarian
Noopur Sen
Ariel Sheffey
Michael Cronin
Cleary Gottlieb Steen
  & Hamilton LLP
One Liberty Plaza
New York, NY 10006
Tel: (212) 225-2000
racooper@cgsh.com
akhanarian@cgsh.com
nsen@cgsh.com
asheffey@cgsh.com
mcronin@cgsh.com

*Attorneys for J.W., J.A., D.A., Z.L., Y.L., X.L., W.L., K.L., and the Children's Class and Children's Subclass*

David Shalleck-Klein
Lewis Bossing
Eliza J. McDuffie
Anna Belle Newport
Amelia Y. Goldberg*
Phoenix Rice-Johnson
Family Justice Law Center
183 Madison Avenue, #419
New York, NY 10016
Tel: (212) 223-6939
dshalleckklein@fjlc.org
lbossing@fjlc.org
emcduffie@fjlc.org
anewport@fjlc.org
agoldberg@fjlc.org
pricejohnson@fjlc.org

*\*Application pending*

Baher Azmy
Adina Marx-Arpadi
Center for Constitutional Rights
666 Broadway, 7th Floor
New York, NY 10012
Tel: (212) 614-6464
bazmy@ccrjustice.org
amarxarpadi@ccrjustice.org

Christine Gottlieb
NYU School of Law Family
  Defense Clinic/Washington
  Square Legal Services
245 Sullivan Street, 5th Floor
New York, NY 10012
Tel: (212) 998-6693
gottlieb@mercury.law.nyu.edu

Tarek Ismail
Julia Hernandez*
Family Defense Clinic
Main Street Legal Services,
  CUNY School of Law
2 Court Square
Long Island City, NY 11101

1

Tel: (718) 340-4141
tarek.ismail@law.cuny.edu
julia.hernandez@law.cuny.edu

*Application pending*

Alan Schoenfeld
Thomas White
Hannah Hoffman
Michaela Olson*
Hailey Elisabeth Kruger
Kendrick Baker*
Wilmer Cutler Pickering
   Hale and Dorr LLP
7 World Trade Center
New York, NY 10007
Tel: (212) 230-8800
Fax: (212) 230-8888
alan.schoenfeld@wilmerhale.com
tom.white@wilmerhale.com
hannah.hoffman@wilmerhale.com
michaela.olson@wilmerhale.com
hailey.kruger@wilmerhale.com
kendrick.baker@wilmerhale.com

*Application pending*

Sean J. Kim
Wilmer Cutler Pickering
   Hale and Dorr LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037
Tel: (202) 663-6142
Fax: (202) 663-6363
sean.kim@wilmerhale.com

*Attorneys for Denise Archer, Danielle
Lorimer, and the Parents' Class and Parents'
Subclass*

2