**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DENISE ARCHER, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF NEW YORK,<br><br>Defendant. | Case No. 1:26-cv-4426<br><br>**DECLARATION OF CHRISTINE GOTTLIEB IN SUPPORT OF MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS COUNSEL** |

I, **Christine Gottlieb**, hereby declare as follows:

1. I am an Assistant Professor of Law at New York University School of Law, where I am the Director of the Family Defense Clinic (the "NYU Family Defense Clinic"), which provides legal representation and civil-rights advocacy on behalf of indignant parents, as part of Washington Square Legal Services. I am co-counsel for Denise Archer and Danielle Lorimer ("Parent Plaintiffs"), and the Parents' Class and Subclass.

2. Together with Wilmer Cutler Pickering Hale and Dorr LLP, the Family Justice Law Center, City University of New York Family Defense Clinic – Main Street Legal Services, and Center for Constitutional Rights, the NYU Family Defense Clinic represents the Parent Plaintiffs and Parent Class.

3. The Legal Aid Society and Cleary Gottlieb Steen & Hamilton LLP represent J.W., J.A., D.A., by and through their next friend, Jahlia Hernandez, and Z.L., Y.L., X.L., W.L., and K.L., by and through their next friend, Jeanette Bocanegra, ("Children Plaintiffs"), and the Children's Class and Subclass.

4. I submit this Declaration in Support of Plaintiffs' Motion for Class Certification and Appointment of Class Counsel pursuant to Federal Rule of Civil Procedure 23.

5. The NYU Family Defense Clinic has experience litigating civil rights class actions and cases implicating families' constitutional rights during ACS investigations to adequately represent the class.

6. I have extensive trial and appellate litigation experience to adequately represent the proposed class, with the assistance of co-counsel. I received a Juris Doctor from New York University. Prior to joining NYU's faculty, I served as a Law Clerk to the Honorable Fortunato P. Benavides of the United States Court of Appeals for the Fifth Circuit, and as an attorney at The Legal Aid Society Juvenile Rights Practice, where I represented hundreds of children in cases filed by ACS. During my time at NYU, I have taught clinical courses on family regulation law and practice, with a focus on issues related to child welfare. My clinic routinely represents parents in child protective proceedings in family court, and I have supervised students on these cases for over 20 years.

7. I have litigated appeals implicating the rights of parents and children in connection with ACS investigations and state-imposed family separations, including, *D.L. v. S.B.*, 39 N.Y.3d 81 (2022) (protecting the rights of out-of-state noncustodial parents seeking custody when their children are in foster care in New York); *Matter of Sapphire W.*, 227 N.Y.S.3d 624 (2d Dept. 2025) (holding, as matter of first impression, that the New York Family Court Act does not authorize ACS supervision over non-respondent parents whose children have not been removed from their care); *Matter of Sa'Nai F. B. M. A.*, 232 A.D.3d 597, 221 N.Y.S.3d 180 (2024) (reversing a termination of parental rights based on violation of the right to counsel).

8. I research and write in the field of child welfare law and policy. My publications include: *A Path to Eliminating the Civil Death Penalty: Unbundling and Transferring Parental Rights*, 19 HARV. L. & POL'Y REV. 43 (2024); *The Birth of the Civil Death Penalty and the Expansion of Forced Adoptions: Reassessing the Concept of Termination of Parental Rights in Light of its History, Purposes, and Current Efficacy*, 45 CARDOZO L. REV. 1319 (2024); *Improving Res Ipsa Loquitur Doctrine in Child Abuse Cases: A Step Toward Racial Justice*, 25 J. GENDER RACE & JUST. 411 (2022); *Remembering Who Foster Care Is For: Public Accommodation and Other Misconceptions and Missed Opportunities in Fulton v. City of Philadelphia*, 44 CARDOZO L. REV. 1 (2022).

9. Additionally, I serve as co-counsel for plaintiffs in the class action, *Gould v. City of New York*, No. 24-CV-1263 (E.D.N.Y. 2024), which challenges unlawful searches by child protective services. I also serve as co-counsel for plaintiffs in the class action, *Poe v. Harris Madden*, No. 1:26-cv-01606 (S.D.N.Y. 2026), which challenges constitutional violations in the New York State Office of Children and Family Services administration of the Statewide Central Register of Child Abuse and Maltreatment.

10. As a result of my experience and research, I am knowledgeable about the applicable law, both in the Second Circuit and in federal courts nationally.

11. The NYU Family Defense Clinic, working closely with co-counsel, has engaged in an in-depth investigation of families' experiences of ACS removals of children from their parents, ACS removal policies and practices, and data on ACS removals. The NYU Family Defense Clinic, along with co-counsel, is fully prepared to prosecute this matter on behalf of the Plaintiffs in the proposed class.

12. I am admitted to practice in New York State and in this court.

13. Together with co-counsel's experience litigating civil rights cases and class actions in federal court, the NYU Family Defense Clinic's expertise in litigating to protect families' rights will enable class counsel to adequately represent the class.

14. I declare under penalty of perjury that the foregoing is true and correct.

Christine Gottlieb

Dated: New York, New York

May 22, 2026