**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DENISE ARCHER, et al., on behalf of themselves and all others similarly situated,<br>Plaintiffs,<br><br>v.<br><br>CITY OF NEW YORK,<br><br>Defendant. | Case No. 1:26-cv-4426<br><br>**DECLARATION OF BAHER AZMY IN SUPPORT OF MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS COUNSEL** |

I, **Baher Azmy**, declare under penalty of perjury as follows:

1. I am an attorney admitted to the Bar of New York and admitted to practice before this Court. I am the Legal Director of the Center for Constitutional Rights ("CCR") in New York. I am co-counsel for Denise Archer and Danielle Lorimer ("Parent Plaintiffs"), and the Parents' Class and Subclass.

2. Together with Wilmer Cutler Pickering Hale and Dorr LLP, the New York University School of Law Family Defense Clinic – Washington Square Legal Services Inc., the Family Justice Law Center, and the CUNY Clinic, CCR represents the Parent Plaintiffs and Parent Class.

3. The Legal Aid Society and Cleary Gottlieb Steen & Hamilton LLP represent J.W., J.A., D.A., by and through their next friend, Jahlia Hernandez, and Z.L., Y.L., X.L., W.L., and K.L., by and through their next friend, Jeanette Bocanegra, ("Children Plaintiffs"), and the Children's Class and Subclass.

4. I submit this Declaration in Support of Plaintiffs' Motion for Class Certification and Appointment of Class Counsel pursuant to Federal Rule of Civil Procedure 23.

5. CCR is a national, not-for-profit legal, educational, and advocacy organization dedicated to protecting and advancing rights guaranteed by the United States Constitution, federal civil rights law, and international law. Founded in 1966 to represent civil rights activists in the South, CCR has since litigated numerous landmark actions protecting the rights of noncitizens as well as a range of federal civil rights class actions challenging racial profiling by law enforcement, discrimination against racial and ethnic minorities in public and private employment, and harsh and unconstitutional treatment of state and federal prisoners.

6. CCR has litigated a number of historic civil and human rights cases such as *Monell v. Department of Social Services*, 436 U.S. 658 (1978) (holding that municipalities can be liable for damages in suits brought under 42 U.S.C. § 1983); *Palmer v. Thompson*, 403 U.S. 217 (1971) (equal protection challenge to Jackson, Mississippi's decision to close public facilities rather than desegregating them); *United States v. United States District Court*, 407 U.S. 297 (1972) (holding Fourth Amendment's warrant requirements apply to electronic surveillance); *Texas v. Johnson*, 491 U.S. 397 (1989) (holding First Amendment protects expressive activity of flag burning); *Rasul v. Bush*, 542 U.S. 466 (2004) (recognizing that the statutory right to habeas corpus is available to detainees at Guantanamo Bay); *Boumediene v. Bush*, 553 U.S. 723 (2008) (recognizing that the constitutional right to habeas corpus applies to detainees at Guantanamo Bay); *Tanzin v. Tanvir*, 592 U.S. 43 (2020) (recognizing availability of damages relief for violations of Religious Freedom Restoration Act); *Filartiga v. Pena-Irala*, 630 F.2d 876 (2d Cir. 1979) (landmark case recognizing cause of action for grave human rights violations under the Alien Tort Statute).

7. In recent years, CCR has served as class counsel in a number of successful complex federal civil rights cases that include: demonstrating that the New York City Police

Department engaged in a systematic practice of racial discrimination and unconstitutional "stop and frisks," *see Floyd v. City of New York*, 959 F. Supp.2d 540 (S.D.N.Y. 2013); that the New York City Fire Department's systematic, discriminatory hiring and promotion practices was in violation of Title VII, *see Vulcan Society v. City of New York*, 717 F.3d 72 (2d Cir. 2013); that New York City and State teacher certification requirements violated the Title VII rights of Black and Latino teachers and candidates, *see Gulino v. Board of Education of the New York City School Districts*, 201 F.R.D. 326 (S.D.N.Y. 2001); ending indeterminate and long-term solitary confinement for prisoners in California state facilities, *Ashker v. Brown*, 09-cv-05796, Dkt 445 (N.D. Cal. Oct. 14, 2015) (court approval of class action settlement); a successful class action challenge to the government's "metering" policy of turning away asylum seekers, *Al Otro Lado v. Noem*, 138 F.4th 1102 (9th Cir.), *cert. granted*, 146 S. Ct. 604 (2025) (oral argument this term); and two successful challenges to an executive policy of denying various immigration benefits to noncitizens determined to pose a risk of becoming a public charge. *See, e.g.*, *Make the Road New York v. DHS*, 969 F.3d 42 (2d Cir. 2020), *cert. granted sub nom. DHS v. New York*, 141 S. Ct. 1370, *cert. dismissed*, 141 S. Ct. 1292 (U.S. Mar. 9, 2021); *Make the Road v. Pompeo*, 475 F. Supp. 2d 232 (S.D.N.Y. 2020).

8. The team of CCR attorneys working on this case includes myself and Adina Marx-Arpadi. I am a 1996 graduate of NYU School of Law, *magna cum laude*. Prior to assuming my current position as Legal Director of CCR, I was for over ten years a law professor at Seton Hall Law School in Newark, New Jersey, where I directed a Civil Rights and Constitutional Litigation Clinic and regularly taught a five-credit course on U.S. Constitutional Law. Prior to that teaching position, I served as a law clerk to the then-Chief Judge of the Third Circuit Court of Appeals, Dolores Sloviter, and worked in private practice.

9. For over twenty years, in addition to the cases mentioned above, I have been involved in dozens of complex civil and human rights actions, including a number of class actions, in areas of immigration enforcement and detention, policing and racial and religious profiling, government surveillance, free speech, separation of powers, and involving the rights of Guantanamo detainees and victims of torture and abuse, including a number of cases that have reached the U.S. Supreme Court. I have published numerous scholarly articles in prominent law journals on issues relating to access to justice and appear regularly in the media and at academic conferences on questions related to civil and human rights. For the past five years, I have taught courses in Civil Rights Law at NYU and Yale Law Schools.

10. Ms. Marx-Arpadi is a 2022 graduate of the City University of New York (CUNY) School of Law. Prior to assuming her current role as a Justice Fellow and attorney at CCR, where she works on issues of family policing and racial justice, she was a public defender at the Bronx Defenders Family Defense Practice. There, she represented parents in Article 10 proceedings in Bronx Family Court, including in neglect, abuse, severe abuse, and Termination of Parental Rights proceedings. As a law student, Ms. Marx-Arpadi represented parents seeking to clear their name from the State Central Register through the CUNY Law Family Defense Practicum. She is a co-author of *Ending the Family Death Penalty; Building a World We Deserve*, 11 Colum. J. Race & L. 860 (2021).

11. Together with co-counsel's experience litigating civil rights cases and class actions in federal court, CCR's expertise in litigating civil rights cases will enable class counsel to adequately represent the class.

12. I declare under penalty of perjury that the foregoing is true and correct.

________________________________

Baher Azmy

Dated: New York, New York

May 22, 2026