**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DENISE ARCHER, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF NEW YORK,<br><br>Defendant. | Case No. 1:26-cv-4426<br><br>**DECLARATION OF TAREK Z. ISMAIL IN SUPPORT OF MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS COUNSEL** |

I, **Tarek Z. Ismail**, hereby declare as follows:

1. I am the Co-Director of the Family Defense Clinic at CUNY School of Law Family Defense Clinic – Main Street Legal Services (the "CUNY Clinic"), which provides legal assistance to families impacted by the child welfare system. I am co-counsel for Denise Archer and Danielle Lorimer ("Parent Plaintiffs"), and the Parents' Class and Subclass.

2. Together with Wilmer Cutler Pickering Hale and Dorr LLP, the New York University School of Law Family Defense Clinic – Washington Square Legal Services Inc., the Family Justice Law Center, and Center for Constitutional Rights, the CUNY Clinic represents the Parent Plaintiffs and Parent Class.

3. The Legal Aid Society and Cleary Gottlieb Steen & Hamilton LLP represent J.W., J.A., D.A., by and through their next friend, Jahlia Hernandez, and Z.L., Y.L., X.L., W.L., and K.L., by and through their next friend, Jeanette Bocanegra, ("Children Plaintiffs"), and the Children's Class and Subclass.

4. I submit this Declaration in Support of Plaintiffs' Motion for Class Certification and Appointment of Class Counsel pursuant to Federal Rule of Civil Procedure 23.

5. The CUNY Clinic has experience litigating civil rights class actions and cases implicating families' constitutional rights during ACS investigations to adequately represent the class.

6. I have extensive trial and appellate litigation experience to adequately represent the proposed class, with the assistance of co-counsel. I received a Juris Doctor from Columbia Law School. I previously served as a Staff Attorney in the Family Defense Practice at Brooklyn Defender Services, where I represented families who were impacted by the foster care system. During my tenure at CUNY, in addition to clinical teaching, I have taught courses on family law and legal writing. My clinic routinely represents parents and other caregivers impacted by New York's child welfare system in family court and beyond, and I have supervised students on these cases for over six years.

7. I research and write on child welfare topics. My publications include: *Family Policing as Welfare Theatre* 2026 WISC. L. REV. 273 (2026); *Family Policing and the Fourth Amendment*, 111 CAL. L. REV. 1485 (2023); *Radical Early Defense Against Family Policing*, YALE L.J. FORUM [with Julia Hernandez] (2022). Additionally, I serve as co-counsel for plaintiffs in *Bano v. City of New York*, et al., 23-CV-4773 (FB), which is ongoing in the Eastern District of New York, and I recently co-authored an amicus brief on behalf of Fourth Amendment and family law scholars on extrajudicial removal before the United States Second Circuit Court of Appeals. *See* Brief of Fourth Amendment and Family Law Scholars as Amicus Curiae, *K.W. v. City of New York*, et al., No. 24-3042 (2d Cir. Apr. 18, 2025).

8. As a result of my experience and research, I am knowledgeable about the applicable law, both in the Second Circuit and in federal courts nationally.

9. The CUNY Clinic, working closely with co-counsel, has engaged in an in-depth investigation of families' experiences of their children being removed by the City; constitutional and state statutory protections regulating the state's power to take protective custody of children; and the history of New York City's child welfare system. The CUNY Clinic, along with co-counsel, is fully prepared to prosecute this matter on behalf of the Plaintiffs in the proposed class.

10. I am admitted to practice in New York State and the following federal courts: U.S. District Court for the Eastern District of New York and U.S. District Court for the Southern District of New York.

11. Together with co-counsel's experience litigating civil rights cases and class actions in federal court, the CUNY Clinic's expertise in litigating to protect families' rights will enable class counsel to adequately represent the class.

12. I declare under penalty of perjury that the foregoing is true and correct.

______________________________

Tarek Z. Ismail

Dated: New York, New York

May 24, 2026