**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DENISE ARCHER, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF NEW YORK,<br><br>Defendant. | Case No. 1:26-cv-4426<br><br>**DECLARATION OF JULIA HERNANDEZ IN SUPPORT OF MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS COUNSEL** |

I, **Julia Hernandez**, hereby declare as follows:

1. I am the Co-Director of the Family Defense Clinic at CUNY School of Law Family Defense Clinic – Main Street Legal Services (the "CUNY Clinic"), which provides legal assistance to families impacted by the child welfare system. I am co-counsel for Denise Archer and Danielle Lorimer ("Parent Plaintiffs"), and the Parents' Class and Subclass.

2. Together with Wilmer Cutler Pickering Hale and Dorr LLP, the NYU Family Defense Clinic, the Family Justice Law Center, and Center for Constitutional Rights, the CUNY Clinic represents the Parent Plaintiffs and Parent Class.

3. The Legal Aid Society and Cleary Gottlieb Steen & Hamilton LLP represent J.W., J.A., D.A., by and through their next friend, Jahlia Hernandez, and Z.L., Y.L., X.L., W.L., and K.L., by and through their next friend, Jeanette Bocanegra, ("Children Plaintiffs"), and the Children's Class and Subclass.

4. I submit this Declaration in Support of Plaintiffs' Motion for Class Certification and Appointment of Class Counsel pursuant to Federal Rule of Civil Procedure 23.

5. The CUNY Clinic has experience litigating civil rights class actions and cases implicating families' constitutional rights during ACS investigations to adequately represent the class.

6. I have extensive trial and appellate litigation experience to adequately represent the proposed class, with the assistance of co-counsel. I received a Juris Doctor from CUNY School of Law. I previously served as a Staff Attorney in the Family Defense Practice at Brooklyn Defender Services, where I represented families who were impacted by the foster care system. During my tenure at CUNY, in addition to clinical law teaching, I have taught courses on family law and legal writing. My clinic routinely represents parents and other caregivers in family court and I have supervised students on these cases for over six years.

7. I research and write on child welfare topics. My publications include: *Family Policing in the Schoolhouse,* NORTHWESTERN J. LAW & SOC. POL'Y (2026); *Radical Early Defense Against Family Policing*, YALE L.J. FORUM [with Tarek Z. Ismail] (2022); *Movement Lawyering and the Caring Society Case*, OXFORD J. HUMAN RIGHTS PRACTICE [with Anne Levesque] (2023); *Reno v. Flores*, *in Feminist Judgments: Immigration Law Opinions Rewritten* (2023); *Lawyering Close to Home*, 27 CLINICAL L. REV. 131 (2020). Additionally, I serve as co-counsel for plaintiffs in *Bano v. City of New York*, et al., 23-CV-4773 (FB), which is ongoing in the Eastern District of New York.

8. As a result of my experience and research, I am knowledgeable about the applicable law, both in the Second Circuit and in federal courts nationally.

9. The CUNY Clinic, working closely with co-counsel, has engaged in an in-depth investigation of families' experiences of their children being removed by the City; constitutional and state statutory protections regulating the state's power to take protective custody of children;

and the history of New York City's child welfare system. The CUNY Clinic, along with co-counsel, is fully prepared to prosecute this matter on behalf of the Plaintiffs in the proposed class.

10. I am admitted to practice in New York State and the following federal courts: Eastern District of New York.

11. Together with co-counsel's experience litigating civil rights cases and class actions in federal court, the CUNY Clinic's expertise in litigating to protect families' rights will enable class counsel to adequately represent the class.

12. I declare under penalty of perjury that the foregoing is true and correct.

Julia Hernandez

Dated: New York, New York

May 24, 2026