**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

DENISE ARCHER, et al., on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

CITY OF NEW YORK,

Defendant.

Case No. 26-cv-4426

**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**

Pursuant to Local Civil Rule 1.4, I, Adina Marx-Arpadi, respectfully seek leave to withdraw my appearance as attorney for Plaintiffs Denise Archer, Danielle Lorimer, and all others similarly situated in this matter because of my upcoming departure from the Center for Constitutional Rights. Plaintiffs will continue to be represented in this matter by experienced attorneys from the Center for Constitutional Rights, the Family Justice Law Center, Wilmer Cutler Pickering Hale and Dorr LLP, NYU School of Law Family Defense Clinic, and Main Street Legal Services at CUNY School of Law, who have previously entered their appearances. My withdrawal as counsel would not cause disruption to the proceeding or adverse effect on the interests of the plaintiffs. I am not asserting a retaining or charging lien.

Dated: August 14, 2026
New York, NY

Respectfully submitted,

*/s/ Adina Marx-Arpadi*
Adina Marx-Arpadi
Center for Constitutional Rights
666 Broadway, Fl. 7
New York, NY 10012
(212) 614-6490
amarxarpadi@ccrjustice.org